**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re:   Richard T. Silvia                                    Chapter: 7
         Debtor,                                              Case No: 09–10866
                                                              Judge Joan N. Feeney

---

# ORDER DISCHARGING TRUSTEE
# AND CLOSING CASE WITHOUT A DEBTOR DISCHARGE

It is hererby **ORDERED** that Debora Casey, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a). No certification of attendance at an approved provider of financial management courses having been filed, therefore, pursuant to 11 U.S.C. § 727(a)(11), no discharge has been entered.


Date:5/21/09                                                  By the Court,

                                                              Joan N. Feeney
                                                              U.S. Bankruptcy Judge